IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-429-FDW-DCK

| | |
|---|---|
| AXXON INTERNATIONAL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GC EQUIPMENT, LLC, d/b/a GLOBECORE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 9) filed by Michael Carpenter, concerning Eric Lee, Esq. on August 28, 2017. Mr. Eric Lee seeks to appear as counsel *pro hac vice* for Plaintiff Axxon International, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 9) is **GRANTED.** Mr. Eric Lee is hereby admitted *pro hac vice* to represent Plaintiff Axxon International, LLC.

**SO ORDERED**.

Signed: August 28, 2017

David C. Keesler
United States Magistrate Judge