**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-429-DCK**

| | |
|---|---|
| AXXON INTERNATIONAL, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GC EQUIPMENT, LLC, and ) <br> GLOBECORE GmbH, ) <br> ) <br> Defendants. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Defendant GC Equipment LLC's Motion To Vacate Or Modify Pretrial Order And Case Management Plan And To Stay Or Suspend Discovery Pending Service On And Appearance By Defendant Globecore GmbH" (Document No. 40) filed July 11, 2018. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and this motion is now ripe for review. Having carefully considered the motion and the record, the undersigned will grant the motion.

The undersigned finds there is good cause to stay this matter pending service of the Amended Complaint on Defendant Globecore GmbH.

**IT IS, THEREFORE, ORDERED** that "Defendant GC Equipment LLC's Motion To Vacate Or Modify Pretrial Order And Case Management Plan And To Stay Or Suspend Discovery Pending Service On And Appearance By Defendant Globecore GmbH" (Document No. 40) is **GRANTED**. This matter is **STAYED** until Defendant Globecore GmbH is served, or **December 18, 2018**, whichever occurs first.

**IT IS FURTHER ORDERED** that the parties shall, jointly if possible, file proposed revisions to the case deadlines in the "Pretrial Order And Case Management Plan" (Document No.

26) **within thirty (30) days** of Defendant Globecore GmbH being served a copy of the Amended Complaint, but no later than **January 18, 2018**.

    **SO ORDERED**.

Signed: August 17, 2018

David C. Keesler
United States Magistrate Judge