IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-429-DCK

| AXXON INTERNATIONAL, LLC, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| GC EQUIPMENT, LLC, d/b/a GLOBECORE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 51) filed by Nancy Black Norelli, concerning Keith A. Gross on October 9, 2018. Mr. Keith A. Gross seeks to appear as counsel *pro hac vice* for Defendant GlobeCore GmbH. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 51) is **GRANTED.** Mr. Keith A. Gross is hereby admitted *pro hac vice* to represent Defendant GlobeCore GmbH.

**SO ORDERED**.

Signed: October 9, 2018

David C. Keesler
United States Magistrate Judge