**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:17-CV-429-DCK**

| | | |
|---|---|---|
| **AXXON INTERNATIONAL, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **GC EQUIPMENT, LLC, and** | ) | |
| **GLOBECORE GmbH,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Continuance, Subject To GlobeCore GmbH's Motion To Dismiss For Lack Of Jurisdiction" (Document No. 64) filed July 8, 2019. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

Under the circumstances, the undersigned will postpone the trial date for this matter and will direct that other case deadlines be <u>stayed</u> until the Court issues a decision on the pending motions (Document Nos. 59 and 61). The parties shall file a joint Status Report with proposed revised case deadlines within fourteen (14) days of the Court's decision on the pending motions.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Continuance, Subject To GlobeCore GmbH's Motion To Dismiss For Lack Of Jurisdiction" (Document No. 64) is **GRANTED**, as directed herein.

**IT IS FURTHER ORDERED** that a trial in this matter, if necessary, will be held during undersigned's civil trial term beginning **December 16, 2019**.

**SO ORDERED**.

Signed: July 9, 2019

David C. Keesler
United States Magistrate Judge