# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-429-DCK

| | |
|---|---|
| AXXON INTERNATIONAL, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| GC EQUIPMENT, LLC, and GLOBECORE GmbH, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

**IT IS, THEREFORE, ORDERED** that a trial, if necessary, will be held during the civil term beginning **September 14, 2020** at the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina.

**SO ORDERED**.

Signed: February 18, 2020

David C. Keesler
United States Magistrate Judge