# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-429-DCK

| | |
|---|---|
| AXXON INTERNATIONAL, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| GLOBECORE GmbH, and GC EQUIPMENT, LLC, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the pending motions and scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. §636(c), and immediate review is appropriate.

The undersigned observes that "Plaintiff's Motion For Default Judgment Against Defendant GC Equipment, LLC" (Document No. 70) and "Defendant Globecore GmbH's Motion For Summary Judgment" (Document No. 75) are currently pending and ripe for disposition, and that this matter is set for a trial during the undersigned's civil term beginning **September 14, 2020**.

A Status and Motions Hearing might assist the Court's consideration of the pending motions. As such, the undersigned intends to hold such a hearing on **August 12, 2020**, with local counsel physically present, if possible, and <u>out-of-state counsel appearing remotely</u> via telephone, skype, or zoom.[1] Counsel should be prepared to discuss the status of the litigation generally and to argue the merits of the pending motions.

Counsel are also directed to informally confer with each other on or before **August 7, 2020**, in a good faith attempt to resolve or narrow the pending dispute.

---

[1] The Court will confirm the details at a later date.

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall appear for a Status and Motions Hearing on **August 12, 2020, at 2:00 p.m**. in Courtroom 1-1 of the Charles R. Jonas Federal Building, as directed herein.

**IT IS FURTHER ORDERED** that counsel for the parties shall confer with each other regarding the status of the lawsuit and pending disputes on or before **August 7, 2020**, and file a brief Status Report on **August 10, 2020.**

**SO ORDERED**.

Signed: July 9, 2020

David C. Keesler
United States Magistrate Judge