# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:17-CV-429-DCK

| | |
|---|---|
| AXXON INTERNATIONAL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GLOBECORE GMBH and ) | |
| GC EQUIPMENT, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** regarding the status of this case. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

The undersigned's office was recently contacted by counsel for Defendant regarding the status of the upcoming trial. As of now, the case is scheduled for a trial beginning on or about February 16, 2021, and therefore, a pretrial conference needs to be scheduled and certain pretrial submissions will be due within a few weeks. This is the undersigned's oldest pending case and needs to be resolved soon. However, the undersigned is also mindful of the challenges of conducting a trial during a surge in the COVID-19 pandemic.

The Court's last Order in August 2020 concluded that "this case is well-positioned to be resolved by a compromise settlement agreement, instead of investing further resources in discovery and/or trial." (Document No. 88, p. 28). The docket does not reflect any activity in this case since that ruling, and it is unclear whether the parties have continued to conduct discovery, engaged in settlement discussions, and/or whether related pending action(s) have been fully resolved.

Based on the foregoing, the undersigned will direct counsel for the parties to confer without delay and then file a Status Report. The parties shall confer via telephone or other virtual technology and discuss the above concerns about discovery and related actions, and engage in a good faith effort to resolve their differences without further Court intervention. Failing settlement, the parties shall file a Joint Status Report discussing the status of this action, and including proposed dates for a pretrial conference in advance of the February trial term. The Status Report may include alternative proposed dates for trial later in the spring.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Joint Status Report, or a Notice Of Settlement, on or before **January 20, 2021**.

Signed: January 14, 2021

David C. Keesler
United States Magistrate Judge