# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:17-CV-429-DCK

| | |
|---|---|
| AXXON INTERNATIONAL, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GLOBECORE GMBH, and )<br>GC EQUIPMENT, LLC, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** regarding the parties' "Status Report" (Document No. 90) filed January 20, 2021 and scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

By their Status Report, the parties indicate they are ready to proceed to trial; however, they suggest that the current trial setting of February 16, 2021 be extended to allow for additional settlement discussions. (Document No. 90). Based on the parties' Report and the record of this case, the undersigned finds good cause to re-set the trial of this matter and commends the parties' efforts to reach a settlement agreement.

**IT IS, THEREFORE, ORDERED** that the parties shall file another Status Report, or a Notice Of Settlement, on or before **March 17, 2021**.

**IT IS FURTHER ORDERED** the Court, if necessary, will hold a Pretrial Conference on **April 15, 2021**, and a Trial beginning on or about **May 10, 2021.**

**SO ORDERED**.

Signed: January 22, 2021

David C. Keesler
United States Magistrate Judge