# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:17-CV-429-DCK

| | |
|---|---|
| AXXON INTERNATIONAL, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| GLOBECORE GmbH, and<br>GC EQUIPMENT, LLC, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** regarding the parties' "Status Report" (Document No. 92) filed March 17, 2021 and scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

By their Status Report, the parties indicate they are ready to proceed to trial during the undersigned's next civil trial term; however, Plaintiff requests that the trial commence on or after May 17, 2021. (Document No. 92). Based on the parties' Status Report and the record of this case, the undersigned will set this matter for trial beginning May 17, 2021.

To the extent there is any confusion or disagreement about whether this matter will commence with or without a jury, the undersigned is persuaded that pursuant to the record of the case, and Fed.R.Civ.P. 38 and 39, the case should be tried by the Court without a jury. Although there may be some references to a "jury" instead of a "fact-finder" in some orders or motions, there does not appear to be any demand be either side for a jury trial. Moreover, both the "Certification And Report Of F.R.C.P. 26(f) Conference…" (Document No. 22) and the "Pretrial Order…" (Document No. 26) indicate that this case will be tried **without a jury**. See (Document No. 22, p. 4) and (Document No. 26, p. 10).

The parties are respectfully encouraged to review the "Pretrial Order And Case Management Plan" (Document No. 26) regarding relevant pretrial procedures and deadlines. If counsel have questions, they should confer with opposing counsel and then, if necessary, contact the undersigned's staff.

**IT IS, THEREFORE, ORDERED** that the Court will hold a virtual Final Pretrial Conference on **May 5, 2021, at 2:00 p.m.** through Microsoft Teams – details to be provided to counsel at a later date.

**IT IS FURTHER ORDERED** that a Bench Trial will begin on **May 17, 2021 at 10:00 a.m.** in Courtroom #1A, 401 W. Trade Street, Charlotte, NC 28202.

**SO ORDERED**.

Signed: March 23, 2021

David C. Keesler
United States Magistrate Judge